Sandra Haberny (#260977)
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
sandrahaberny@quinnemanuel.com

Attorney for Defendant
SOMALOGIC, INC

Kalpana Srinivasan (#237460)
Susman Godfrey LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
ksrinivasan@SusmanGodfrey.com

Attorney for Defendant
CALIFORNIA INSTITUTE OF TECHNOLOGY

Edward R. Reines (#135960)
Derek C. Walter (#246322)
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile:  (650) 802-3100
Edward.reines@weil.com
Derek.walter@weil.com

Attorneys for Plaintiff
NAUTILUS BIOTECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS BIOTECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOMALOGIC, INC., et al., <br><br> Defendants. | Case No.: 23-cv-06440-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Plaintiff Nautilus Biotechnology, Inc. ("Nautilus") and Defendants SomaLogic, Inc. ("SomaLogic") and California Institute of Technology ("Caltech") (collectively, the "Parties") hereby stipulate to extend the time for Defendants SomaLogic and Caltech to respond to the Complaint (ECF No. 1) of Plaintiff Nautilus to March 29, 2024.

Dated: January 23, 2024

/s/ *Sandra L. Haberny*

Sandra Haberny (#260977)
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
sandrahaberny@quinnemanuel.com

*Attorney for Defendant SomaLogic, Inc.*

/s/ *Kalpana Srinivasan*

Kalpana Srinivasan (#237460)
Susman Godfrey LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
ksrinivasan@SusmanGodfrey.com

*Attorney for Defendant California Institute of Technology*

Dated: /s/ *Edward Reines*

Edward R. Reines (#135960)
Derek C. Walter (#246322)
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile:  (650) 802-3100
Edward.reines@weil.com
Derek.walter@weil.com

*Attorneys for Plaintiff Nautilus Biotechnology, Inc.*

## ORDER

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, Defendants' deadline to file their responsive pleadings to the Complaint is extended to March 29, 2024.

Dated:  January ____, 2024

_____

Hon. Charles R. Breyer

United States District Judge